**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1377

JOHN EDWARD INMAN,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern.  Malcolm J. Howard, District Judge.  (CA-03-49-4-H)

Submitted:  November 2, 2005        Decided:  November 16, 2005

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles K. McCotter, Jr., MCCOTTER, ASHTON & SMITH, P.A., New Bern, North Carolina, for Appellant.  Frank D. Whitney, United States Attorney, Anne M. Hayes, Neal I. Fowler, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Edward Inman appeals the district court's order dismissing his civil action under the Federal Tort Claims Act for injuries he received in a single vehicle accident on a national forest road.  The district court concluded it lacked subject matter jurisdiction under Fed. R. Civ. P. 12(b)(1) and the discretionary function and independent contractor exceptions to the FTCA.  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Inman v. United States, No. CA-03-49-4-H (E.D.N.C. Feb. 9, 2005).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED